UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT D. AVERY,

    Plaintiff,

v.

U.S. ARMY RECRUITING,

    Defendant.

Case No.  15-cv-00808-YGR

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on August 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert D. Avery
12534 Oaks Street, Apt. B
Clearlake Oaks, CA 95423

Dated: August 17, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____*Frances Stone*_____
Frances Stone, Deputy Clerk to the
Honorable YVONNE GONZALEZ ROGERS