UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT DERWIN AVERY,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**U.S. ARMY RECRUITING,**<br><br>  Defendant. | **Case No.: 15-CV-0808 YGR**<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 22 |

The hearing currently set for September 8, 2015 on defendant's motion to dismiss is hereby **VACATED**. Once the papers are submitted by the parties, the Court may re-set the hearing for a later date, or if appropriate, the Court may determine that the motion is suitable for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78 and issue a written decision on the papers. Accordingly, defendant's motion to continue the hearing on its motion to dismiss (Dkt. No. 22) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

This Order terminates Dkt. No. 22.

Dated August 17, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**