UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROBERT DERWIN AVERY**,

Plaintiff,

v.

**U.S. ARMY RECRUITING**,

Defendants.

Case No.  15-cv-0808-YGR

**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; DIRECTING PLAINTIFF TO SHOW CONTINUED INTENT TO PROSECUTE**

On July 16, 2015, defendant U.S. Army recruiting filed a motion to dismiss this lawsuit. (Dkt. No. 19.)  Pursuant to this Court's order denying plaintiff's motion to appoint counsel (Dkt. No. 20), Mr. Avery was granted an extension to file his opposition to defendant's motion to dismiss.  Mr. Avery's papers were due on August 18, 2015.  As of the date of this Order, Mr. Avery has not filed anything.  As a result, the Court is considering dismissing his lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

The Court hereby extends Mr. Avery's time to file his papers.  **No later than September 11, 2015**, plaintiff shall file either: (a) his response to defendant's motion to dismiss; or (b) a one-page statement setting forth an explanation for his failure to comply.  If plaintiff does not file by this deadline, the Court may dismiss this action for failure to prosecute.  Fed. R. Civ. P. 41.  Any reply to an opposition must be served and filed not more than 5 business days after the opposition is served and filed.  Civ. L.R. 7-3(c).

The Court further notes that Mr. Avery may seek assistance at the Court's Legal Help Center.  The Legal Help Center may assist persons who do not have lawyers if they make an appointment.  The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED.**

Dated:  September 1, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California