UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROBERT DERWIN AVERY**,

    Plaintiff,

    v.

**U.S. ARMY RECRUITING**,

    Defendant.

Case No.  15-cv-808-YGR

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

Plaintiff Robert Derwin Avery proceeds *pro se* in this action against defendant U.S. Army Recruiting. On July 16, 2015, defendant filed a motion to dismiss this lawsuit. (Dkt. No. 19.) Mr. Avery did not file any response papers pursuant to his obligations under this Court's Local Rule 7-3(a) by his deadline of August 18, 2015. (*See* Dkt. No. 20.) The Court issued an Order on September 1, 2015 warning Mr. Avery that the Court was considering dismissing his lawsuit for "failure to prosecute" and directing him to file his response papers no later than September 11, 2015. (Dkt. No. 26.) As of the date of this Order, Mr. Avery has not filed his response to defendant's motion to dismiss, nor has he filed any other documents with the Court.

Pursuant to Rule 41(b), a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with a court order. *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. *See id.* A district court should afford the litigant prior notice of its intention to dismiss. *See Malone v. United States Postal Serv.*, 833 F.2d 128, 133 (9th Cir. 1987).

In this case, the Court warned Mr. Avery in its prior Order dated September 1, 2015 that it was considering dismissing his lawsuit due to his failure to prosecute this action. To date, Mr. Avery has not met his obligation to respond to defendant's motion. Furthermore, it has been more

than four months since plaintiff has communicated with the Court.  Accordingly, it is in the interests of justice and judicial efficiency to dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

This action is therefore **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This Order terminates Case Number 15-cv-808.

**IT IS SO ORDERED.**

Dated: October 1, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**